UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK MONTELEONE and SHERI
MONTELEONE, individually and on
behalf of all others similarly situated,

      Plaintiffs,

v.

THE AUTO CLUB GROUP, a
Michigan corporation; and
MEMBERSELECT INSURANCE
COMPANY, a Michigan corporation,
jointly and severally,

      Defendants.

Case No.: 13-cv-12716-GCS-DRG

Hon. George Caram Steeh

---

# ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT IN CONNECTION WITH PLAINTIFFS' RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION AND DISMISS CERTAIN CLAIMS [DKT. # 35]

Plaintiffs having filed a motion to exceed the page limit applicable to their brief in opposition to Defendants' Motion to Deny Class Certification and Dismiss Certain Claims [Dkt. # 35], and the Court being fully advised:

IT IS HEREBY ORDERED that Plaintiffs' may file a brief in Response and Opposition to Defendants' Motion to Deny Class Certification and Dismiss Certain Claims, which shall not exceed 48 pages.

*s/George Caram Steeh*
                                                          George Caram Steeh
                                                          U.S. DISTRICT JUDGE

Dated: March 11, 2014